# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2915
_____

JACOB JONES JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

March 2, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ryan J. Sydejko of Loren Rhoton, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, Steven Edward Woods,
Assistant Attorney General, Tallahassee, for Appellee.